# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

NATIONAL LOGISTICS SERVICE, LLC,　　　　Case No. 1:18-cv-250
　　Plaintiff,　　　　　　　　　　　　　　　Litkovitz, M.J.

　　vs.

MEGATRUCKS LOGISTICS, INC., et al.,　　　**ORDER**
　　Defendants.

　　　　This matter is before the Court following a telephone status conference held on October

18, 2018. Upon the agreement of the parties and with the consent of the Court, this matter is

**STAYED** until the conclusion of the status conference scheduled for December 4, 2018 at 2

P.M.

　　　　**IT IS SO ORDERED.**

Date: _10/18/18_　　　　　　　　　　　_Karen L. Litkovitz_
　　　　　　　　　　　　　　　　　　　　Karen L. Litkovitz
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge