# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **NATIONAL LOGISTICS SERVICE, LLC** | : | Case No. 1:18-cv-250-KLL |
| Plaintiff/Counterclaim Defendant, | : | |
| v. | : | **AGREED ENTRY OF DISMISSAL** |
| **MEGATRUCKS LOGISTICS, INC.** | : | |
| Defendant/Counterclaim Plaintiff. | : | |

By agreement of the parties and undersigned counsel, and with all claims filed in the above-captioned matter having been resolved, the claims of all parties herein are dismissed with prejudice, with each party to bear its own costs, expenses and attorney fees.

**IT IS SO ORDERED.**

*[signature]*
Magistrate Karen L. Litkovitz

Agreed to:

/s/ *Thomas P. Doyle*
Thomas P. Doyle      (0085418)
Doyle & Hassman, LLC
526 York Street
Newport, Kentucky 41071
513-321-0900
859-251-5106 (fax)
tdoyle@doylehassmanlaw.com

Trial Attorney for Plaintiff

/s/ *Curtis L. Cornett*
Curtis L. Cornett      (0062116)
Alison M. Huenefeld    (0091253)
Cors & Bassett, LLC
201 E. Fifth Street, Suite 900
Cincinnati, OH 45202
513-852-8226
Fax: 513-852-8222
clc@corsbassett.com
amh@corsbassett.com

Trial Attorney for Defendant